UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONTAY D. MARTIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-cv-00414-MPB-KMB ) |
| DENNIS REAGLE, | ) ) |
| Respondent. | ) ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Dontay D. Martin's petition for writ of habeas corpus is **DISMISSED** for a lack of jurisdiction.

Date: August 1, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Distribution:

DONTAY D. MARTIN
149487
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only